

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2014

No. 04-14-00034-CR

David **RODRIGUEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8655
Honorable Sid L. Harle, Judge Presiding

## O R D E R

Appellant's brief was originally due June 16, 2014; however, the court granted appellant an extension of time to file the brief until August 12, 2014. Appellant has filed a motion requesting an additional thirty-one days to file the brief.

We **grant** the motion. We **order** appellant's attorney, Corby E. Windham, to file the appellant's brief by **September 12, 2014** (88 days after the original due date). **No further extensions of time will be granted.** If the brief is not filed by the date ordered, the court will abate this appeal and remand it to the trial court for an abandonment hearing.

Appellant also requests the court unseal and grant access to State's Exhibit 140. State's Exhibit 140 is a CD containing surveillance video. The exhibit is not sealed. However, the video could not be converted into MP4 format for electronic filing. Counsel may obtain a copy of the CD from the clerk of this court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court